Argued May 19, affirmed May 19, petition for rehearing denied
June 15, petition for review denied August 10, 1971

## STATE OF OREGON, *Respondent, v.*
## WILMER DONALD EDWARDS, *Appellant.*

484 P2d 1126

*Howard R. Lonergan,* Portland, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

AFFIRMED FROM THE BENCH.